

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2014

No. 04-14-00551-CV

Pablo **SOLIZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 14-02-16542-CV
David Wellington Chew, Judge Presiding

# O R D E R

Appellant has filed a Motion for Extension of Time to File Appellant's Brief, in which appellant states the clerk's record is incomplete. However, appellant does not indicate what documents are missing from the record, nor does he provide written proof that he has requested a supplemental record from the trial court clerk.

Accordingly, we ORDER the motion for an extension of time HELD IN ABEYANCE and ORDER appellant, <u>no later than November 3, 2014</u>, to (1) file with the district clerk a written request for a supplemental record, indicating specifically which documents are missing, and (2) file with this court a copy of the request. If appellant fails to comply with this order by November 3, 2014, appellant's brief will be due thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2014.

_____
Keith E. Hottle
Clerk of Court